# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,                          CASE No.: 6:25-cv-00351-JA-UAM

     Plaintiff,

vs.

WINTER PARK INVESTMENT
GROUP DE, LLC, and BREAD &
CO., LLC, d/b/a TOUS LES JOURS,

     Defendants.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby notify the Court that Plaintiff and Defendants, Winter Park Investment Group DE, LLC and Bread & Co., LLC d/b/a Tous Les Jours, have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff will file a Notice of Voluntary Dismissal of the case.

**Dated May 9, 2025.**

                                               By: /s/ Anthony T. Litsch III
                                               Anthony T. Litsch III
                                               1368 Turnbull Bay Road, Suite 303
                                               New Smyrna Beach, FL 32168
                                               Phone: (386) 409-7252
                                               Email: bb_litsch4@att.net
                                               Email: anthonytlitschiii@gmail.com
                                               Florida Bar #0084437
                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Service will be made by other means to any party not signed up with the CM / ECF system.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff
