# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

        Plaintiff,

v.

                                      Case No. 6:25-cv-351-JA-UAM

WINTER PARK INVESTMENT
GROUP DE, LLC, and BREAD &
CO., LLC,

        Defendants.

_____

## ORDER

The Court has been advised by the Plaintiff that the above-styled action has been resolved.  (*See* Notice of Settlement, Doc. 10).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 12, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties